# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.
Jesus Guzman-Castro
A# 099 834 502

**CRIMINAL COMPLAINT**
CASE NUMBER: 09-3139m

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about April 17, 2009, Jesus Guzman-Castro, an alien, entered and was found in the United States of America at or near Cockleburr, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 30, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent of the Bureau of Customs and Border Protection and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Elaine Whiffen, P.S. for SAUSA Brent Landis.

Signature of Complainant
Jeff M. Jefferies
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, April 21, 2009, at Phoenix, Arizona.

Signature of Judicial Officer
Lawrence O. Anderson
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Jeff M. Jefferies, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent of the Bureau of Customs and Border Protection. I have learned from direct participation in the investigation and from the reports and communications of other agents the facts recited herein.

2. On April 17, 2009, at about 4:00 a.m., Supervisory Border Patrol Agent S. Linder observed several subjects walking through the desert and then load into a vehicle near Cockleburr, Arizona. Border Patrol Agent S. Cannan and other agents conducted a stop of the vehicle on FR-42 near Cockleburr, Arizona. Once the vehicle, stopped the driver ran from the vehicle and into the surrounding desert. Agent Cannan and the other agents identified themselves as Border Patrol Agents and queried the seven (7) remaining occupants, as to their citizenship and nationality. All seven (7) individuals admitted to being citizens and nationals of Mexico illegally present in the United States, including one subject later identified as Jesus Guzman-Castro. All of the individuals were transported to the Casa Grande Border Patrol Station for further processing.

3. Guzman was held in an administrative detention facility from April 17, 2009, until such time that the proper records checks could be run and his status in this country determined with complete accuracy.

4. Automated fingerprint analysis indicated Guzman had been previously removed from the United States to Mexico. Guzman was advised of his Miranda rights by using

service form I-214 by Agent M. Ondrejca. Guzman agreed to give a sworn statement without legal counsel present.

5. In a sworn statement at the Casa Grande Station, Guzman stated that he is a citizen and national of Mexico and that he did not have any kind of petition or application for any kind of documents presently pending with the United States Immigration Service. Guzman stated that he had been deported from the United States on October 31, 2006, through Nogales, Arizona. Guzman stated that he returned to the United States on April 13, 2009, by walking across the desert near Lukeville, Arizona.

6. Immigration history checks show that Guzman was also ordered removed by an immigration official in Tucson, Arizona, on May 30, 2008, and departed the United States on the same day through Nogales, Arizona. There is no evidence in Guzman's immigration file to suggest that he obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States after his removal. Guzman's immigration history was matched to him by automated fingerprint comparison.

7. Criminal history checks revealed that Guzman was convicted on June 13, 2007, in the Superior Court of Arizona, County of Maricopa, of Attempted Possession of Dangerous Drugs (Methamphetamine) For Sale, a felony, and was sentenced to two and one half (2.5) years incarceration. Guzman's criminal history was matched to him by fingerprint comparison.

8. For these reasons, the affiant submits that there is probable cause to believe that on or about April 17, 2009, Jesus Guzman-Castro, an alien, entered, and was found in the United States of America at or near Cockleburr, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about May 30, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Signature of Complainant
Jeff M. Jefferies
U.S. Border Patrol Agent

Sworn to and subscribed before me personally, this 21st day of April, 2009.

_____
Signature of Judicial Officer
Lawrence O. Anderson
United States Magistrate Judge